IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS D. SMITH, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | Case No. 3:04-0775 |
| v. | ) | Judge Nixon |
| | ) | |
| JACK MORGAN, | ) | |
| | ) | |
| *Respondent.* | ) | |

## ORDER

Pursuant to the Sixth Circuit's Order (Doc. No. 33) reversing and remanding portions of

Petitioner Thomas D. Smith's ("Petitioner") claim for habeas relief under 28 U.S.C. § 2254, the

Court hereby **APPOINTS** the Federal Public Defenders Office to represent Petitioner in the above-

referenced matter.

It is so ORDERED.

Entered this the ____10ᵗʰ____ day of May, 2010.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-